## JOHN MELDRUM *versus* JACOB PEARKEY

JOURNAL ENTRIES (1824): *Journal 3:* (1) Dismissed *p. 482.
PAPERS IN FILE: (1) Precipe for certiorari; (2) certiorari bond; (3) writ of certiorari and return.
*1824–36 Calendar*, MS p. 9.